# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL WILLIAMS,<br><br>    Plaintiff(s),<br><br>vs.<br><br>HARMON MEDICAL REHABILITATION,<br><br>    Defendant(s). | Case No. 2:13-cv-02332-RCJ-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 11) |

Pending before the Court is Defendant's proposed discovery plan and scheduling order. Docket No. 11. Pursuant to Local Rule 26-1(d), the parties are to submit a <u>stipulated</u> discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference. In the pending proposed discovery plan and scheduling order, Defense counsel represents that they attempted to confer with *pro se* Plaintiff Krystal Williams, but that Plaintiff failed to participate in or schedule the Fed. R. Civ. P. 26(f) conference. Docket No. 11, at 1-2.

Accordingly, the proposed order (Docket No. 11) is **DENIED** without prejudice and the parties are **ORDERED** to have a Fed. R. Civ. P. 26(f) conference and submit a stipulated discovery plan no later than <u>March 27, 2015</u>. The Court further **ORDERS** Plaintiff to make herself available for the Fed. R. Civ. P. 26(f) conference. The Court expects strict compliance with all Court orders, as well as the Local Rules. The Court cautions Plaintiff that failure to do so may result in sanctions pursuant to Federal Rule 16(f) and Local Rule IA 4–1.

IT IS SO ORDERED.

DATED: March 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge