1  BRUCE C. YOUNG, ESQ., Bar #5560
   CRYSTAL J. HERRERA, ESQ., Bar #12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant,
   HARMON MEDICAL REHABILITATION
6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 WILLIAMS, KRYSTAL,                    Case No. 2:13-cv-02332-RCJ-NJK

12            Plaintiff,

13 vs.                                   [PROPOSED] STIPULATION AND
                                         ORDER EXTENDING DISCOVERY
14 HARMON MEDICAL
   REHABILITATION a THI of NV            [FIRST REQUEST]
15 Corporation,

16            Defendant.

17

18         Pursuant to Local Rules 6-1 and 26-4, Defendant Harmon Medical Rehabilitation

19 ("Defendant"), more correctly identified as THI of Nevada at Las Vegas I, LLC dba Harmon

20 Medical and Rehabilitation Center, by and through its undersigned counsel, and Plaintiff Krystal

21 Williams ("Plaintiff") in proper person, hereby stipulate to amend the Discovery Plan and

22 Scheduling Order (**Dkt. #14**) by extending the outstanding discovery deadlines for a period of

23 ninety (90) days.  This is the first request for an extension to the discovery plan and scheduling

24 order in this matter.  The requested extension is sought in good faith and not for purposes of undue

25 delay.  Further, the parties' request for an extension of the outstanding discovery deadlines is

26 subject to the good cause standard as it is brought before the Court more than 21 days prior to the

27 expiration of the discovery cutoff deadline, which is currently set for July 25, 2015.

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

### A. DISCOVERY COMPLETED TO DATE

Defendant has produced initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Plaintiff has also produced initial disclosures. Defendant has propounded its First Set of Interrogatories and Requests for Production of Documents on Plaintiff. Defendant also issued a FOIA request to the U.S. Equal Employment Opportunity Commission and a response has been received.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Plaintiff's responses to Defendant's First Set of Interrogatories and Requests for Production of Documents are due June 17, 2015. Plaintiff intends to propound interrogatories and requests for production of documents to Defendant and to notice depositions of witnesses listed in Defendant's Initial Disclosures. Defendant intends to take Plaintiff's deposition. Finally, based on the testimony taken at deposition, the parties anticipate the possibility of serving additional follow up written discovery requests.

### C. REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow both parties ample time to complete all appropriate discovery. The parties initially experienced difficulties communicating with one another, but those issues appear to be resolved. Additional time is, therefore, needed to complete written discovery and issue and receive responses to third-party subpoenas before the deposition phase of discovery can begin.

Additional time is also needed because the Early Neutral Evaluation conference ("ENE") was only recently scheduled by the Court and has been set for August 26, 2015 (**Dkt. #22**). Accordingly, the ENE has been scheduled for a date well after the current discovery cutoff deadline of July 25, 2015. The parties wish to participate in the ENE in keeping with the spirit of that program, *i.e.,* before expending significant time and resources on discovery and depositions. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline in the event the matter is not resolved at the ENE conference.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**D.     PROPOSED SCHEDULE**

The parties stipulate and agree that:

1. **Discovery**: The discovery period shall be extended ninety (90) days from July 25, 2015 to **October 23, 2015**.

2. **Dispositive Motions**: The deadline to file dispositive motions shall be extended up to and including **November 23, 2015**, thirty (30) days after the proposed discovery deadline.

3. **Pre-Trial Order**: If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore not later than **December 23, 2015**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court. The disclosures required by Federal Rules of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order as required by LR 26-1(e)(6).

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of scheduling deadlines has been made.

Dated:  June 24, 2015                                    Dated:  June 24, 2015

Respectfully submitted,                              Respectfully submitted,

/s/ Krystal Williams                                         /s/ Crystal J. Herrera
KRYSTAL WILLIAMS                                  BRUCE C. YOUNG, ESQ.
                                                                       CRYSTAL J. HERRERA, ESQ.
Pro Se Plaintiff                                             LITTLER MENDELSON, P.C.

                                                                       Attorneys for Defendant,
                                                                       HARMON MEDICAL REHABILITATION

**ORDER**

**IT IS SO ORDERED.**

Dated: _____ June 24 _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.