# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL WILLIAMS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>HARMON MEDICAL REHABILITATION,<br><br>        Defendant(s). | Case No. 2:13-cv-02332-RJC-NJK<br><br>ORDER GRANTING<br>MOTION TO EXTEND<br><br>(Docket No. 30) |

      Pending before the Court is Defendant's motion to extend various discovery deadlines. Docket No. 30. For good cause shown, the Court hereby GRANTS the motion and EXTENDS the deadlines as follows:

- Discovery Cut-off: January 21, 2016
- Dispositive Motion Deadline: February 22, 2016
- Joint Pre-Trial Order Deadline: March 23, 2016

IT IS SO ORDERED.

DATED: October 5, 2015

                                                                                          
NANCY J. KOPPE
United States Magistrate Judge