1  BRUCE C. YOUNG, ESQ., Bar #5560
   CRYSTAL J. HERRERA, ESQ., Bar #12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant,
   HARMON MEDICAL REHABILITATION

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  WILLIAMS, KRYSTAL,                    Case No. 2:13-cv-02332-RJC-NJK

12             Plaintiff,

13  vs.                                   **STIPULATION AND ORDER TO DISMISS**
                                          **ENTIRE ACTION WITH PREJUDICE**
14  HARMON MEDICAL
    REHABILITATION a THI of NV
15  Corporation,

16             Defendant.

17

18      **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

19          Plaintiff Krystal Williams ("Plaintiff"), in proper person, and Defendant Harmon Medical

20  Rehabilitation ("Defendant"), more correctly identified as THI of Nevada at Las Vegas I, LLC dba

21  Harmon Medical and Rehabilitation Center, by and through its counsel of record, do hereby stipulate

22  and respectfully request the Court order that this matter, Case No. 2:13-cv-02332-RJC-NJK, be

23  dismissed with prejudice.

24  …

25  …

26  …

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1        Each party shall bear its own costs and fees incurred in this dispute.

2    Dated:  October __7__, 2015         Dated:  October __8__, 2015

3    Respectfully submitted,          Respectfully submitted,

4    krystal williams

                                                  /s/ Crystal J. Herrera

5    KRYSTAL WILLIAMS         BRUCE C. YOUNG, ESQ.
                                           CRYSTAL J. HERRERA, ESQ.

6    Pro Se Plaintiff              LITTLER MENDELSON, P.C.

7                                              Attorneys for Defendant,
                                          HARMON MEDICAL REHABILITATION

8

9

10                                            **ORDER**

11                                         **IT IS SO ORDERED.**

12                                    Dated:  October 9, 2015.

13

14                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

                                        2.

1 BRUCE C. YOUNG, ESQ., Bar #5560
CRYSTAL J. HERRERA, ESQ., Bar #12396
2 LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
3 Las Vegas, NV 89169-5937
Telephone:    702.862.8800
4 Fax No.:       702.862.8811

5 Attorneys for Defendant,
HARMON MEDICAL REHABILITATION
6

7

8                          UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11 WILLIAMS, KRYSTAL,                          Case No. 2:13-cv-02332-RJC-NJK

12                    Plaintiff,

13 vs.                                         **DECLARATION OF CRYSTAL J.
                                               HERRERA IN SUPPORT OF**
14 HARMON MEDICAL                              **STIPULATION AND ORDER TO DISMISS**
REHABILITATION a THI of NV                     **ENTIRE CASE WITH PREJUDICE**
15 Corporation,

16                    Defendant.

17

18        Crystal J. Herrera, hereby deposes and says as follows:

19        1.      I am over eighteen years of age and have personal knowledge of the matters set forth

20 in this Declaration, except as to the matters stated upon information and belief, and as to those

21 matters, I believe them to be true.  I could and would competently testify about the information that

22 this Declaration contains.

23        2.      I am an attorney duly licensed to practice law in Nevada; I am an associate at Littler

24 Mendelson, P.C., which firm represents Defendant THI of Nevada at Las Vegas I, LLC dba Harmon

25 Medical and Rehabilitation Center ("Defendant") in the above-captioned matter.

26        3.      On September 2, 2015, Plaintiff sent me a message via email presumably implying

27 that she no longer wished to proceed with this case.   Plaintiff also demanded that funds that were

28 taken out of her account be returned to her.  *See* Plaintiff's email dated September 2, 2015, attached

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169 5937
702 862 8800

1   hereto as **Exhibit "A."**

2       4.    A few minutes later, on September 2, 2015, Plaintiff sent me a subsequent email

3   advising me to please disregard her last email. *See* Plaintiff's email dated September 2, 2015,

4   attached hereto as **Exhibit "B."** As best as I could determine from this exchange, Plaintiff's first

5   email had been sent to me in error. Indeed, Littler Mendelson had no access to Plaintiff's funds and

6   I am not unaware of Defendant Harmon having access to or taking any funds from Plaintiff.

7       5.    I responded to Plaintiff's two email correspondences that same day. I informed

8   Plaintiff that in the event she was no longer interested in pursuing this case and it was her desire and

9   intention to dismiss this case, I was attaching a stipulation and order to dismiss this case with

10   prejudice for her review and signature. *See* Defense counsel's email dated September 2, 2015 with

11   attachment, attached hereto as **Exhibit "C."**

12       6.    Plaintiff did not respond to my September 2, 2015 email.

13       7.    On October 6, 2015, I received a message from Plaintiff via email stating that she

14   "[did] not want to continue in this matter." She stated, among other things, that she felt like she was

15   wasting her time and appears to have requested that we submit her email to the court and that she

16   would send a copy of the email to the court as well. *See* Plaintiff's email dated October 6, 2015,

17   attached hereto as **Exhibit "D."**

18       8.    I responded to Plaintiff's email correspondence that same day. Once again, I

19   informed Plaintiff that in the event she was no longer interested in pursuing this case and it was her

20   desire and intention to dismiss this case, I was attaching a stipulation and order to dismiss this case

21   with prejudice to the email for her review and signature. The stipulation and order had blanks for

22   the date of signature and was blank on the signature lines. *See* Defense counsel's email dated

23   October 6, 2015 with attachment, attached hereto as **Exhibit "E."**

24       9.    On October 7, 2015, Plaintiff sent me an email returning the stipulation and order to

25   dismiss this case with prejudice with a "7" entered into the empty date line and the name "Krystal

26   Williams" typed into her signature line. *See* Plaintiff's email dated October 7, 2015 with attachment,

27   attached hereto as **Exhibit "F."**

28   . . .

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

10.    Defendant is filing Plaintiff's returned stipulation and order to dismiss with defense counsel's signature.  This Declaration is submitted in an overabundance of caution in support of the stipulation and order to dismiss, given that Plaintiff is representing herself in proper person.

11.    I hereby declare under penalty of perjury under the laws of the United States and the State of Nevada that the forgoing is true and correct to the best of my knowledge.

DATED this _____ day of October, 2015.

                                                              _____
                                                              CRYSTAL J. HERRERA

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

# EXHIBIT A

# EXHIBIT A

**From:**          Krystal Williams <krystalwllms9@gmail.com>
**Sent:**          Wednesday, September 02, 2015 8:04 AM
**To:**            Herrera, Crystal J.
**Subject:**       Re: RE: Fwd:

Hello I received a message that you took funds out of my account. I am not sure why you guys did this. I have to pay my rent today and I have no money in my account. Please give me back my money. At this point if I have to give you money I do not wish to go fort with this case. Please give me my rent money . As I do not want to go forward in this case. This case has already caused me emotional distress and and can not function at work. Please let me know what I can do as of now thanks!

Sent from my iPhone

On Aug 19, 2015, at 17:39, Herrera, Crystal J. <CHerrera@littler.com> wrote:

> Ms. Williams—
>
> We received your word attachment in the email below that appears to be in response to Defendant's First Set of Interrogatories.  However, we have not received your responses to Defendant's First Set of Requests for Production of Documents.  Please let us know if the same are in the mail or if you plan to respond to these Requests.  Thank you.
>
> **Crystal J. Herrera,** Associate
> 702 862.7754 direct   702 920 8341 fax   CHerrera@littler com
> 3960 Howard Hughes Parkway, Suite 300 | Las Vegas, NV 89169-5937
>
> <image001.jpg>  | littler com
> **Employment & Labor Law Solutions Worldwide**
>
> **From:** Krystal Williams [mailto:krystalwllms9@gmail.com]
> **Sent:** Tuesday, August 11, 2015 10:36 AM
> **To:** Herrera, Crystal J.
> **Subject:** Fwd:
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Williams, Krystal B." <Krystal.Williams@va.gov>
>> **Date:** August 11, 2015 at 10:33:23 PDT
>> **To:** "krystalwllms9@gmail.com" <krystalwllms9@gmail.com>
>>
>>
>> *Krystal Williams* LPN
>> RHEUMATOLOGY CLINIC
>> DEPARTMENT OF VETERANS AFFAIRS
>> (702) 791-9000 ext 15748

1

---------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

<Defendant_s First Set of Requests for Production of Documents (133574294....pdf>

EXHIBIT B

EXHIBIT B

| | |
|---|---|
| **From:** | Krystal Williams <krystalwllms9@gmail.com> |
| **Sent:** | Wednesday, September 02, 2015 8:16 AM |
| **To:** | Herrera, Crystal J. |
| **Subject:** | Re: RE: Fwd: |

Sorry disregard the last email

Sent from my iPhone

On Aug 19, 2015, at 17:39, Herrera, Crystal J. <CHerrera@littler.com> wrote:

> Ms. Williams—
>
> We received your word attachment in the email below that appears to be in response to Defendant's First Set of Interrogatories.  However, we have not received your responses to Defendant's First Set of Requests for Production of Documents.  Please let us know if the same are in the mail or if you plan to respond to these Requests.  Thank you.
>
> **Crystal J. Herrera,** Associate
> 702.862 7754 direct   702.920.8341 fax   CHerrera@littler.com
> 3960 Howard Hughes Parkway, Suite 300 | Las Vegas, NV 89169-5937
>
> <image001.jpg>   | littler.com
> Employment & Labor Law Solutions Worldwide
> **From:** Krystal Williams [mailto:krystalwllms9@gmail.com]
> **Sent:** Tuesday, August 11, 2015 10:36 AM
> **To:** Herrera, Crystal J.
> **Subject:** Fwd:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Williams, Krystal B." <Krystal.Williams@va.gov>
>> **Date:** August 11, 2015 at 10:33:23 PDT
>> **To:** "krystalwllms9@gmail.com" <krystalwllms9@gmail.com>
>>
>>
>> *Krystal Williams,* LPN
>> *RHEUMATOLOGY CLINIC*
>> *DEPARTMENT OF VETERANS AFFAIRS*
>> *(702) 791-9000 ext 15748*
>>
>>
>> ----------------------------
>> This email may contain confidential and privileged material for the sole use of the intended

1

recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

<Defendant_s First Set of Requests for Production of Documents (133574294....pdf>

EXHIBIT C

EXHIBIT C

| | |
|---|---|
| **From:** | Herrera, Crystal J. |
| **Sent:** | Wednesday, September 02, 2015 10:37 AM |
| **To:** | KrystalWllms9@gmail.com |
| **Cc:** | Young, Bruce C.; Craig, Robyn |
| **Subject:** | RE: RE: Fwd: |
| **Attachments:** | Stipulation and Order to Dismiss.pdf |

Ms. Williams—

I am in receipt of the email below and your subsequent email. In the event you are no longer interested in pursuing this case and it is your desire and intention to dismiss the case, I have attached a draft stipulation and order to dismiss this case with prejudice, for your review and signature.

Thank you,

**Crystal J. Herrera,** Associate
702.862.7754 direct   702.920.8341 fax   CHerrera@littler.com
3960 Howard Hughes Parkway, Suite 300 | Las Vegas, NV 89169-5937

**Littler** | littler.com
**Employment & Labor Law** Solutions Worldwide

**From:** Krystal Williams [mailto:krystalwllms9@gmail.com]
**Sent:** Wednesday, September 02, 2015 8:04 AM
**To:** Herrera, Crystal J.
**Subject:** Re: RE: Fwd:

Hello I received a message that you took funds out of my account. I am not sure why you guys did this. I have to pay my rent today and I have no money in my account. Please give me back my money. At this point if I have to give you money I do not wish to go fort with this case. Please give me my rent money . As I do not want to go forward in this case. This case has already caused me emotional distress and and can not function at work. Please let me know what I can do as of now thanks!

Sent from my iPhone

On Aug 19, 2015, at 17:39, Herrera, Crystal J. <CHerrera@littler.com> wrote:

> Ms. Williams—
>
> We received your word attachment in the email below that appears to be in response to Defendant's First Set of Interrogatories. However, we have not received your responses to Defendant's First Set of Requests for Production of Documents. Please let us know if the same are in the mail or if you plan to respond to these Requests. Thank you.
>
> **Crystal J. Herrera,** Associate
> 702.862.7754 direct   702.920.8341 fax   CHerrera@littler.com
> 3960 Howard Hughes Parkway, Suite 300 | Las Vegas, NV 89169-5937
>
> <image001.jpg>   | littler.com
> **Employment & Labor Law** Solutions Worldwide

1

**From:** Krystal Williams [mailto:krystalwllms9@gmail.com]
**Sent:** Tuesday, August 11, 2015 10:36 AM
**To:** Herrera, Crystal J.
**Subject:** Fwd:


Sent from my iPhone

Begin forwarded message:

> **From:** "Williams, Krystal B." <Krystal.Williams@va.gov>
> **Date:** August 11, 2015 at 10:33:23 PDT
> **To:** "krystalwllms9@gmail.com" <krystalwllms9@gmail.com>


*Krystal Williams LPN*
*RHEUMATOLOGY CLINIC*
*DEPARTMENT OF VETERANS AFFAIRS*
*(702) 791-9000 ext 15748*


----------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

<Defendant_s First Set of Requests for Production of Documents (133574294....pdf>

1  BRUCE C. YOUNG, ESQ., Bar #5560
   CRYSTAL J. HERRERA, ESQ., Bar #12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:     702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendant,
   HARMON MEDICAL REHABILITATION
6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11  WILLIAMS, KRYSTAL,              Case No. 2:13-cv-02332-RJC-NJK

12              Plaintiff,

13  vs.                             **STIPULATION AND ORDER TO DISMISS**
                                    **ENTIRE ACTION WITH PREJUDICE**
14  HARMON MEDICAL
    REHABILITATION a THI of NV
15  Corporation,

16              Defendant.

17      **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

18          Plaintiff Krystal Williams ("Plaintiff"), in proper person, and Defendant Harmon Medical

19  Rehabilitation ("Defendant"), more correctly identified as THI of Nevada at Las Vegas I, LLC dba

20  Harmon Medical and Rehabilitation Center, by and through its respective counsel of record, do

21  hereby stipulate and respectfully request the Court order that this matter, Case No. 2:13-cv-02332-

22  RJC-NJK, be dismissed with prejudice.

23  ...

24  ...

25  ...

26

27

28

LITTLER MENDELSON, P.C
   Attorneys At Law
3960 Howard Hughes Parkway
   Suite 300
Las Vegas, NV  89169-5937
   702.862.8800

1    Each party shall bear its own costs and fees incurred in this dispute.

2    Dated:  September 2, 2015                    Dated:  September 2, 2015

3    Respectfully submitted,                     Respectfully submitted,

4

5    KRYSTAL WILLIAMS                             BRUCE C. YOUNG, ESQ.
                                                  CRYSTAL J. HERRERA, ESQ.
6    Pro Se Plaintiff                            LITTLER MENDELSON, P.C.

7                                                 Attorneys for Defendant,
                                                  HARMON MEDICAL REHABILITATION
8

9

10                                          **ORDER**

11                                   **IT IS SO ORDERED.**

12                                   Dated: _____, 2015.

13

14                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702 862 8800

2.

# EXHIBIT D

# EXHIBIT D

**From:** Krystal Williams <krystalwllms9@gmail.com>
**Sent:** Tuesday, October 06, 2015 4:53 PM
**To:** Herrera, Crystal J.
**Subject:** Court

I sent an email saying I do not want to continue in this matter. The court said I did not show up for a court day that I was unaware about. It seems as though nothing is moving forward and I'm wasting my time. At this time I do not want to be involved in this court matter . I have too much going on in my daily life. Please submit this to the courts and I will sent them a copy as well. Thank you

Sent from my iPhone

1

# EXHIBIT E

# EXHIBIT E

| From: | Herrera, Crystal J. |
|---|---|
| Sent: | Tuesday, October 06, 2015 5:11 PM |
| To: | Krystal Williams |
| Cc: | Young, Bruce C.; Craig, Robyn |
| Subject: | RE: Court |
| Attachments: | SAO- Williams.pdf |

Ms. Williams—

I am in receipt of the email below. In the event you are no longer interested in pursuing this case and it is your desire and intention to dismiss the case, I have attached a draft stipulation and order to dismiss this case with prejudice, for your review and signature.

Thank you,

Crystal J. Herrera, Associate
702.862.7754 Direct  702.920.8341 Fax  CHerrera@littler.com
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

Littler Mendelson | littler.com
Employment & Labor Law Solutions Worldwide

-----Original Message-----
From: Krystal Williams [mailto:krystalwllms9@gmail.com]
Sent: Tuesday, October 06, 2015 4:53 PM
To: Herrera, Crystal J.
Subject: Court

I sent an email saying I do not want to continue in this matter. The court said I did not show up for a court day that I was unaware about. It seems as though nothing is moving forward and I'm wasting my time. At this time I do not want to be involved in this court matter . I have too much going on in my daily life. Please submit this to the courts and I will sent them a copy as well. Thank you

Sent from my iPhone

1

1   BRUCE C. YOUNG, ESQ., Bar #5560
    CRYSTAL J. HERRERA, ESQ., Bar #12396
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway, Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
4   Fax No.:      702.862.8811

5   Attorneys for Defendant,
    HARMON MEDICAL REHABILITATION
6

7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  WILLIAMS, KRYSTAL,                    Case No. 2:13-cv-02332-RJC-NJK

12              Plaintiff,

13  vs.                                   **STIPULATION AND ORDER TO DISMISS
                                          ENTIRE ACTION WITH PREJUDICE**
14  HARMON MEDICAL
    REHABILITATION a THI of NV
15  Corporation,

16              Defendant.

17

18          **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

19          Plaintiff Krystal Williams ("Plaintiff"), in proper person, and Defendant Harmon Medical

20  Rehabilitation ("Defendant"), more correctly identified as THI of Nevada at Las Vegas I, LLC dba

21  Harmon Medical and Rehabilitation Center, by and through its counsel of record, do hereby stipulate

22  and respectfully request the Court order that this matter, Case No. 2:13-cv-02332-RJC-NJK, be

23  dismissed with prejudice.

24  …

25  …

26  …

27

28

LITTLER MENDELSON, P.C
    Attorneys At Law
3960 Howard Hughes Parkway
      Suite 300
Las Vegas, NV  89169-5937
    702 862 8800

1   Each party shall bear its own costs and fees incurred in this dispute.

2   Dated: October ___, 2015                    Dated: October ___, 2015

3   Respectfully submitted,                      Respectfully submitted,

4

5   _____                     _____
    KRYSTAL WILLIAMS                             BRUCE C. YOUNG, ESQ.
6                                                CRYSTAL J. HERRERA, ESQ.
    Pro Se Plaintiff                             LITTLER MENDELSON, P.C.
7
                                                 Attorneys for Defendant,
8                                                HARMON MEDICAL REHABILITATION

9

10                                               **ORDER**

11                                               **IT IS SO ORDERED.**

12                                               Dated: _____, 2015.

13

14                                               _____
                                                 UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.

# EXHIBIT F

# EXHIBIT F

**From:**           Williams, Krystal B. <Krystal.Williams@va.gov>
**Sent:**           Wednesday, October 07, 2015 11:59 AM
**To:**              Herrera, Crystal J.
**Attachments:**    SAO- Williams.pdf

1  BRUCE C. YOUNG, ESQ., Bar #5560
   CRYSTAL J. HERRERA, ESQ., Bar #12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant,
   HARMON MEDICAL REHABILITATION
6

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10

11  WILLIAMS, KRYSTAL,              Case No. 2:13-cv-02332-RJC-NJK

12              Plaintiff,

13  vs.                             **STIPULATION AND ORDER TO DISMISS
                                    ENTIRE ACTION WITH PREJUDICE**
14  HARMON MEDICAL
    REHABILITATION a THI of NV
15  Corporation,

16              Defendant.

17

18        **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

19        Plaintiff Krystal Williams ("Plaintiff"), in proper person, and Defendant Harmon Medical

20  Rehabilitation ("Defendant"), more correctly identified as THI of Nevada at Las Vegas I, LLC dba

21  Harmon Medical and Rehabilitation Center, by and through its counsel of record, do hereby stipulate

22  and respectfully request the Court order that this matter, Case No. 2:13-cv-02332-RJC-NJK, be

23  dismissed with prejudice.

24  ...

25  ...

26  ...

27

28

LITTLER MENDELSON, P.C
    Attorneys At Law
3960 Howard Hughes Parkway
    Suite 300
Las Vegas, NV  89169-5937
    702.862.8800

1   Each party shall bear its own costs and fees incurred in this dispute.

2   Dated: October __7__, 2015                    Dated: October __7__, 2015

3   Respectfully submitted,                       Respectfully submitted,

4   krystal williams

5   KRYSTAL WILLIAMS                              BRUCE C. YOUNG, ESQ.
                                                  CRYSTAL J. HERRERA, ESQ.
6   Pro Se Plaintiff                              LITTLER MENDELSON, P.C.

7                                                 Attorneys for Defendant,
                                                  HARMON MEDICAL REHABILITATION
8

9
                                                  **ORDER**
10
                                                  **IT IS SO ORDERED.**
11

12                                                Dated: _____, 2015.

13
                                                  _____
14                                                UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800